Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−23902−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl E. Giffins
   777 Tacoma Boulevard
   Westville, NJ 08093

Social Security No.:
   xxx−xx−4907

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/8/16.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 8, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-23902-JNP
Carl E. Giffins                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 08, 2016
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.
```
db             +Carl E. Giffins,    777 Tacoma Boulevard,    Westville, NJ 08093-2233
516324290      +Domestic Linen Supply Company,     Greenberg, Grant & Richards, Inc,    PO Box 571811,
                 Houston, TX 77257-1811
516324292      +Fisher, Van Sciver & Co.,    112 Haddontowne Court,    Suite 302,    Cherry Hill, NJ 08034-3664
516324293       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516324294      +HyWay Garage,    1807 Route 38,    Lumberton, NJ 08048-4254
516324296       John Branca,    Mattleman Weinroth & Miller,    401 NJ-70,    Cherry Hill, NJ 08034
516296898      +KML Law Group PC,    701 Market St #5000,    Philadelphia, PA 19106-1541
516296899       Midfirst Bank,    One Grand Central Place, 60 E 42nd St,    New York, NY 10165
516331669      +Northeastern Title Loans,    3440 Preston Ridge Rd., Ste 500,    Alpharetta, GA 30005-3823
516324288      +Northeastern Title Loans,    103 Naamans Road,    Claymont, DE 19703-2713
516324298       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516324297      +Pep Boys,    Bressler Duyk,    60 State Highway 27,    Edison, NJ 08820-3908
516324300       Sprint,    P.O. Box 660075,    Dallas, TX 75266-0075
516324301       State Of New Jersey,    CN-190,    Division Of Taxation,    Trenton, NJ 08650
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2016 23:08:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2016 23:08:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516324289       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 08 2016 23:09:20
                 Comcast Cable,    PO Box 840,    Newark, NJ 07101-0840
516324291      +E-mail/Text: mcolton@domesticuniform.com Sep 08 2016 23:09:27     Domestic Uniform Rental,
                 Law Offices Mark H. Colton,    30555 Northwestern,    Highway Suite 300,
                 Farmington, MI 48334-3160
516324304      +E-mail/Text: bknotice@erccollections.com Sep 08 2016 23:08:54     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516324295       EDI: IRS.COM Sep 08 2016 22:53:00      IRS,    P.O. Box 21126,
                 Centralized Insolvency-Operations,    Philadelphia, PA 19114
516324299      +E-mail/Text: bankruptcy@safety-kleen.com Sep 08 2016 23:08:34     Safety-Kleen Systems,
                 2600 North Central Expressway,    Suite 400,    Richardson, TX 75080-2058
516324305      +EDI: SWCR.COM Sep 08 2016 22:48:00      Southwest Credit Syste,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
516324303      +EDI: VERIZONEAST.COM Sep 08 2016 22:53:00      Verizon,    500 Technology Dr,    Suite 500,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516350366*      Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
516324302     ##+Tracie Ugland,    160 Walnut Street Apt. A,    Westville, NJ 08093-1429
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Sep 08, 2016
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Carl E. Giffins jjresq@comcast.net,   jjresq1@comcast.net
                                                                                     TOTAL: 3